[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 16, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-15243
Non-Argument Calendar

_____

D. C. Docket No. 05-00043-CR-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARREN CANTRELL MILLER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(July 16, 2007)**

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Gerald Bernard Williams, appointed appellate counsel for Darren Cantrell

Miller, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Miller's motions for appointment of new counsel, withdrawal of guilty plea or, alternatively, an extraordinary motion for new trial and change of venue, information and privacy act request, and to proceed in forma pauperis are **DENIED** as moot, and his convictions and sentences are **AFFIRMED**.[1]

---

[1] We decline to review on direct appeal Miller's claim of ineffective assistance of counsel.